# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| KARL ORLANDO DICKS, *sui juris*;<br>JAMES RYAN MALISH, *pro se*;<br>DANIEL DECKER, *pro se*<br><br>      Plaintiffs,<br><br>      V.<br><br>HAWAII REPUBLICAN PARTY; et al.<br><br>      Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00370 DKW-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Nov 21, 2023, 3:04 pm<br>Lucy H. Carrillo, Clerk of Court |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of all Defendants pursuant to the "Order (1) Denying Plaintiffs' Motion for Recusal; (2) Denying Plaintiffs' Motion to Strike; (3) Granting Defendants' Motion to Dismiss the Complaint Without Leave to Amend; and (4) Denying All Other Pending Motions as Moot", ECF No. 62, filed on November 21, 2023.  It is further ordered that the Clerk shall close this case.

| | |
|---|---|
| November 21, 2023 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |